UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER BLACKBURN,

    Plaintiff,

v.

M&T BANK, et al.,

    Defendants.

_____/

Case No. 1:15-cv-1185

HON. JANET T. NEFF

### ORDER

This is a civil action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 10, 2016, recommending that Plaintiff's claims be dismissed with prejudice for failure to prosecute and failure to comply with the court's orders. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 10) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims are DISMISSED with prejudice for failure to prosecute and failure to comply with the court's orders.

A Judgment will be entered consistent with this Order.

Dated: March 30, 2016

        /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge